UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

EL RIO SOL TRANSMISSION, LLC,

   Plaintiff,

v.                                                             No. 1:25-cv-00428-KG-JMR

ADOLFO SANCHEZ, CHRISTINA SANCHEZ,
RED DOC LAND LLC, SLEEPING INDIAN
RANCH LLC, and SANCTUS LAND LLC,

   Defendants.

**ORDER GRANTING MOTION TO SEAL AND MOTION TO FILE UNDER SEAL**

**THIS MATTER** is before the Court on Third-Party Defendant SunZia Transmission, LLC's Motion to Seal Exhibit 1 to Third-Party Plaintiffs' Complaint and Motion to File Under Seal (Nos. 27, 28) ("Motions"). The Court, having considered the Motions, noting they are unopposed, and being otherwise fully apprised, finds that the Motions are supported by good cause and that good cause supports sealing the requested material. The Motions are therefore well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Exhibit 1 to Doc. 14 shall be sealed, and SunZia may file the Line 1 Construction Agreement under seal, and such documents shall not be disclosed to any person unless otherwise ordered by this Court.

**IT IS SO ORDERED.**

                                      /s/_____
                                      KENNETH J. GONZALES[1]
                                      CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the court's PACER public access system.

Submitted:

RODEY, DICKASON, SLOAN, AKIN
   & ROBB, P.A.

By: */s/Jeffrey R. Taylor*
Jeffrey R. Taylor
201 Third Street NW, Suite 2200
Albuquerque, New Mexico 87102
Telephone: 505-765-5900
Fax: 505.768.7395
rtaylor@rodey.com
*Attorneys for SunZia Transmission, LLC*


Approved:

MODRALL, SPERLING, ROEHL,
HARRIS & SISK, P.A.

By: *Approved via email 9/2/2025*
Spencer L. Edelman
Joshua B. Hirsch
Post Office Box 2168
500 Fourth Street NW, Suite 1000
Albuquerque, New Mexico 87103-2168
Tel. 505.848.1800
sle@modrall.com
jbh@modrall.com
*Attorneys for Plaintiff*

GORDON DAVIS JOHNSON & SHANE P.C.

By: *Approved via email 9/3/25*
Harrel L. Davis III
4695 N. Mesa Street
El Paso, Texas 79912
(915) 545-1133
(915) 545-4433 (Fax)
hdavis@eplawyers.com
*Attorney for Defendants*