IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

EL RIO SOL TRANSMISSION, LLC,

    Plaintiff,

v.                                        No. 1:25-cv-00428-KG-JMR

ADOLFO SANCHEZ, CHRISTINA SANCHEZ,
RED DOC LAND LLC, SLEEPING INDIAN
RANCH LLC, and SANCTUS LAND LLC,

    Defendants.

## ORDER GRANTING UNOPPOSED MOTION TO SEAL AND MOTION TO FILE UNDER SEAL

**THIS MATTER** is before the Court on Third-Party Defendant SunZia Transmission, LLC's Motion to File under Seal (Doc. 56) ("Motion"). The Court, having considered the Motion, noting it is unopposed, and being otherwise fully apprised, finds that the Motion is supported by good cause and that good cause supports sealing the requested material. The Motion is therefore well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that SunZia may file a cured corporate disclosure statement under seal, and such documents shall not be disclosed to any person unless otherwise ordered by this Court.

                                          /s/Kenneth J. Gonzales_____
                                          CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.

Submitted:

RODEY, DICKASON, SLOAN, AKIN
   & ROBB, P.A.

By: */s/Jeffrey R. Taylor*
Jeffrey R. Taylor
201 Third Street NW, Suite 2200
Albuquerque, New Mexico 87102
Telephone: 505-765-5900
Fax: 505.768.7395
rtaylor@rodey.com
*Attorneys for SunZia Transmission, LLC*


Approved:

MODRALL, SPERLING, ROEHL,
HARRIS & SISK, P.A.

By: *Approved via email 10/21/2025*
Spencer L. Edelman
Joshua B. Hirsch
Post Office Box 2168
500 Fourth Street NW, Suite 1000
Albuquerque, New Mexico 87103-2168
Tel. 505.848.1800
sle@modrall.com
jbh@modrall.com
*Attorneys for Plaintiff*

GORDON DAVIS JOHNSON & SHANE P.C.

By: *Approved 10/21/2025*
Harrel L. Davis III
4695 N. Mesa Street
El Paso, Texas 79912
(915) 545-1133
(915) 545-4433 (Fax)
hdavis@eplawyers.com
*Attorney for Defendants*