IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

EL RIO SOL TRANSMISSION, LLC,

    Plaintiff/Counterdefendant,

v.                                                                         No. 1:25-cv-00428-KG-JMR

ADOLFO SANCHEZ, CHRISTINA
SANCHEZ, RED DOC LAND LLC,
SLEEPING INDIAN RANCH LLC, and
SANCTUS LAND LLC,

    Defendants/Counterclaimants.

ADOLFO SANCHEZ, CHRISTINA
SANCHEZ, RED DOC LAND LLC,
SLEEPING INDIAN RANCH LLC, and
SANCTUS LAND LLC,

    Third-Party Plaintiffs,

v.

MMR GROUP, INC. and SUNZIA
TRANSMISSION, LLC,

    Third-Party Defendants.

**STIPULATED ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT AND
ADD ADDITIONAL PARTY AND DEEMING EXISTING
DEFENDANTS' ANSWER AS ANSWER TO AMENDED COMPLAINT**

**THIS MATTER** is before the Court on Plaintiff El Rio Sol Transmission, LLC's Motion to Amend Complaint and Add Additional Party (Docket No. 59) ("Motion") as well as the Parties' stipulation.  The Court having reviewed the Motion along with the proposed Amended Complaint attached thereto, being advised of the stipulation of the Parties, and being otherwise sufficiently advised on the premises finds that the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Plaintiff is permitted to file an Amended Complaint ("Amended Complaint") in substantially the form attached to the Motion as **Exhibit A** and, upon filing, the Clerk of the Court is directed to issue a summons on such Amended Complaint to newly added defendant, Farm Water, LLC.

**IT IS FURTHER ORDERED** that the existing Defendants (Adolfo Sanchez, Christina Sanchez, Red Doc Land LLC, Sleeping Indian Ranch LLC, and Sanctus Land LLC), will not be required to file a responsive pleading to the Amended Complaint and their Answer (contained within the First Amended Answer, Counterclaims, and Third-Party Complaint at Docket No. 14) shall be deemed as their responsive pleading to the Amended Complaint.

**IT IS SO ORDERED:**

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.

Submitted:

MODRALL, SPERLING, ROEHL,
HARRIS & SISK, P.A.

By:  /s/ *Spencer L. Edelman*
Spencer L. Edelman
Joshua B. Hirsch
Post Office Box 2168
500 Fourth Street NW, Suite 1000
Albuquerque, New Mexico 87103-2168
Tel. 505.848.1800
sle@modrall.com
jbh@modrall.com
*Attorneys for Plaintiff and Third Party Defendant MMR Group, Inc.*

Stipulated:

GORDON DAVIS JOHNSON & SHANE P.C.

By: *Approved via email 10/30/25*
Harrel L. Davis III
4695 N. Mesa Street
El Paso, Texas 79912
(915) 545-1133
(915) 545-4433 (Fax)
hdavis@eplawyers.com
*Attorney for Defendants*


RODEY, DICKASON, SLOAN, AKIN
    & ROBB, P.A.

By: *Approved via email 10/30/25*
Jeffrey R. Taylor
201 Third Street NW, Suite 2200
Albuquerque, New Mexico 87102
Telephone: 505-765-5900
Fax: 505.768.7395
rtaylor@rodey.com
*Attorney for Third Party Defendant SunZia Transmission, LLC*