IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

EL RIO SOL TRANSMISSION, LLC,

    Plaintiff/Counterdefendant,

v.                                                                           No. 1:25-cv-00428-KG-JMR

ADOLFO SANCHEZ, CHRISTINA
SANCHEZ, RED DOC LAND LLC,
SLEEPING INDIAN RANCH LLC, and
SANCTUS LAND LLC,

    Defendants/Counterclaimants/Third-Party Plaintiffs,

v.

MMR GROUP, INC. and
SUNZIA TRANSMISSION, LLC,

    Third-Party Defendants.

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER came before the Court on the Joint Stipulation of Third-Party Plaintiffs and Third-Party Defendant SunZia Transmission, LLC. Having reviewed said Stipulation and being otherwise fully advised in the premises, the Court FINDS that the Stipulation is well taken and should be granted.

THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED that any and all claims that Third-Party Plaintiffs brought in their Third-Party Complaint, and any and all claims that could have been brought, against Third-Party Defendant SunZia Transmission, LLC, are hereby DISMISSED with prejudice. Each party shall bear his or its own costs and attorney's fees. Third-Party Defendant SunZia Transmission, LLC's Motion to Dismiss (Doc. No. 20), is hereby DENIED as moot.

5077119.1

IT IS SO ORDERED.

/s/Kenneth J. Gonzales_____
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.

Submitted and approved:

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By:*/s/Jeffrey R. Taylor*
Jeffrey R. Taylor
201 Third Street NW, Suite 2200
Albuquerque, New Mexico 87102
Telephone: 505-765-5900
Fax: 505.768.7395
rtaylor@rodey.com
*Attorney for Third-Party Defendant SunZia Transmission, LLC*


GORDON DAVIS JOHNSON & SHANE P.C.

By: *approved via email on 12/30/2025*
Harrel L. Davis III
4695 N. Mesa Street
El Paso, Texas 79912
(915) 545-1133
(915) 545-4433 (Fax)
hdavis@eplawyers.com

*Attorney for Third-Party Plaintiffs*

MODRALL, SPERLING, ROEHL,
HARRIS & SISK, P.A.

By: \_\_\_/s/ *approved 12/30/2025*

Spencer L. Edelman
Joshua B. Hirsch
Post Office Box 2168
500 Fourth Street NW, Suite 1000
Albuquerque, New Mexico 87103-2168
Tel. 505.848.1800
sle@modrall.com
jbh@modrall.com
*Attorneys for RioSol and MMR*